Larry Zerner (155473)
Law Office of Larry Zerner
1801 Century Park East. Ste. 2400
Los Angeles, CA 90067
Telephone:   (310) 773-3623
Email: Larry@Zernerlaw.com

Attorneys for Defendant Martin Navarro

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| AGUSTIN RAMIREZ, ANTHONY RAMIREZ and AGUSTIN RAMIREZ, Jr. | Case No. 5:20-cv-2408 JGB (SPx) |
|---|---|
| Plaintiffs, | ANSWER OF MARTIN NAVARRO TO COMPLAINT |
| vs. | |
| MARTIN NAVARRO and DOES 1-10, inclusive, | |
| Defendants. | |

Defendant Martin Navarro hereby files his Answer and Affirmative Defenses to Plaintiff's Complaint and state as follows:

**JURISDICTION AND VENUE**

1. Defendant admits the allegations of Paragraph 1 of the Complaint.

2. Defendant admits that this Court has specific personal jurisdiction over him and denies the remaining allegations of Paragraph 2 of the Complaint.

3. Defendant admits the allegations of Paragraph 3 of the Complaint.

**THE PARTIES**

4. Defendant admits the allegations of Paragraph 4 of the Complaint.

5. Defendant admits the allegations of Paragraph 5 of the Complaint.

6. Defendant admits the allegations of Paragraph 6 of the Complaint.

7. Defendant admits the allegations of Paragraph 7 of the Complaint.

8. Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 8 of the Complaint and therefore deny the allegations.

9. Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 9 of the Complaint and therefore deny the allegations.

## HISTORY OF LOS CAMINANTES

10. Defendant denies the allegations of Paragraph 10 of the Complaint.

11. Defendant admits the allegations of Paragraph 11 of the Complaint.

12. Defendant admits the allegations of Paragraph 12 of the Complaint.

13. Defendant admits the allegations of Paragraph 13 of the Complaint.

14. Defendant admits the allegations of Paragraph 14 of the Complaint.

15. Defendant admits the allegations of Paragraph 15 of the Complaint.

16. Defendant admits the allegations of Paragraph 16 of the Complaint.

17. Defendant admits the allegations of Paragraph 17 of the Complaint.

18. Defendant admits the allegations of Paragraph 18 of the Complaint.

19. Defendant admits the allegations of Paragraph 19 of the Complaint.

20. Defendant admits the allegations of Paragraph 20 of the Complaint.

21. Defendant denies the allegations of Paragraph 21 of the Complaint.

## "LOS CAMINANTES" AFTER HUMBERTO NAVARRO

22. Defendant admits the allegations of Paragraph 22 of the Complaint.

23. Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 23 of the Complaint and therefore deny the allegations.

24. Defendant denies the allegations of Paragraph 24 of the Complaint.

25. Defendant denies the allegations of Paragraph 25 of the Complaint.

26. Defendant denies the allegations of Paragraph 26 of the Complaint.

27. Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 27 of the Complaint and therefore deny the allegations.

28. Defendant admits the allegations of Paragraph 28 of the Complaint.

## THE SUBSEQUENT LITIGATIONS

29. Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 29 of the Complaint and therefore deny the allegations.

30. Defendant denies the allegations of Paragraph 30 of the Complaint.

31. Defendant admits the allegations of Paragraph 31 of the Complaint.

32. Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 32 of the Complaint and therefore deny the allegations.

33. Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 33 of the Complaint and therefore deny the allegations.

34. Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 34 of the Complaint and therefore deny the allegations.

35. Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 35 of the Complaint and therefore deny the allegations.

36. Defendant admits that he has played concerts as Los Caminantes HN and denies the remaining allegations of Paragraph 35 of the Complaint.

37. Defendant admits the allegations of Paragraph 37 of the Complaint.

38. Defendant denies the allegations of Paragraph 38 of the Complaint.

39. Defendant denies the allegations of Paragraph 39 of the Complaint.

40. Defendant admits the allegations of Paragraph 40 of the Complaint.

41. Defendant denies the allegations of Paragraph 41 of the Complaint.

42. Defendant denies the allegations of Paragraph 42 of the Complaint.

43. Defendant denies the allegations of Paragraph 43 of the Complaint.

## **FIRST CLAIM FOR RELIEF**
## **(FEDERAL TRADEMARK INFRINGEMENT, FALSE DESCRIPTION, AND UNFAIR COMPETTION)**

44. Defendant repeats, re-allege and incorporate by reference in this paragraph the preceding responses to Paragraphs 1-43 of the Complaint and incorporate them by reference as though set forth fully herein.

45. Defendant admits the allegations of Paragraph 45 of the Complaint.

46. Defendant denies the allegations of Paragraph 46 of the Complaint.

47. Defendant denies the allegations of Paragraph 47 of the Complaint.

48. Defendant denies the allegations of Paragraph 48 of the Complaint.

49. Defendant denies the allegations of Paragraph 49 of the Complaint.

50. Defendant denies the allegations of Paragraph 50 of the Complaint.

51. Defendant denies the allegations of Paragraph 51 of the Complaint.

52. Defendant denies the allegations of Paragraph 52 of the Complaint.

53. Defendant denies the allegations of Paragraph 53 of the Complaint.

54. Defendant denies the allegations of Paragraph 54 of the Complaint.

55. Defendant denies the allegations of Paragraph 55 of the Complaint.

## **SECOND CLAIM FOR RELIEF**
## **(DILUTION**

56. Defendant repeats, re-allege and incorporate by reference in this paragraph the preceding responses to Paragraphs 1-55 of the Complaint and incorporate them by reference as though set forth fully herein.

57. Defendant admits the allegations of Paragraph 57 of the Complaint.

58. Defendant denies the allegations of Paragraph 58 of the Complaint.

59. Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 59 of the Complaint and therefore deny the allegations.

60. Defendant denies the allegations of Paragraph 60 of the Complaint.

61. Defendant denies the allegations of Paragraph 61 of the Complaint.

62. Defendant denies the allegations of Paragraph 62 of the Complaint.

63. Defendant denies the allegations of Paragraph 63 of the Complaint.

64. Defendant denies the allegations of Paragraph 64 of the Complaint.

65. Defendant denies the allegations of Paragraph 65 of the Complaint.

66. Defendant denies the allegations of Paragraph 66 of the Complaint.

## THIRD CLAIM FOR RELIEF
## (COMMERCIAL DISPARAGEMENT

67. Defendants repeat, re-allege and incorporate by reference in this paragraph the preceding responses to Paragraphs 1-66 of the Complaint and incorporate them by reference as though set forth fully herein.

68. Defendant admits the allegations of Paragraph 67 of the Complaint.

69. Defendant denies the allegations of Paragraph 68 of the Complaint.

70. Defendant denies the allegations of Paragraph 69 of the Complaint.

71. Defendant denies the allegations of Paragraph 70 of the Complaint.

72. Defendant denies the allegations of Paragraph 71 of the Complaint.

73. Defendant denies the allegations of Paragraph 72 of the Complaint.

74. Defendant denies the allegations of Paragraph 73 of the Complaint.

75. Defendant denies the allegations of Paragraph 74 of the Complaint.

76. Defendant denies the allegations of Paragraph 75 of the Complaint.

## FOURTH CLAIM FOR RELIEF
## (STATE LAW TRADE NAME INFRINGEMENT AND DILUTION)

77. Defendants repeat, re-allege and incorporate by reference in this paragraph the preceding responses to Paragraphs 1-76 of the Complaint and incorporate them by reference as though set forth fully herein.

78. Defendant denies the allegations of Paragraph 78 of the Complaint.

79. Defendant denies the allegations of Paragraph 79 of the Complaint.

80. Defendant denies the allegations of Paragraph 80 of the Complaint.

81. Defendant denies the allegations of Paragraph 81 of the Complaint.

## **FIFTH CLAIM FOR RELIEF**
## **(INTERFERENCE WITH BUSINESS ADVANTAGE)**

82. Defendants repeat, re-allege and incorporate by reference in this paragraph the preceding responses to Paragraphs 1-81 of the Complaint and incorporate them by reference as though set forth fully herein.

83. Defendant denies the allegations of Paragraph 83 of the Complaint.

84. Defendant denies the allegations of Paragraph 84 of the Complaint.

85. Defendant denies the allegations of Paragraph 85 of the Complaint.

86. Defendant denies the allegations of Paragraph 86 of the Complaint.

## **SIXTH CLAIM FOR RELIEF**
## **(PRELIMINARY AND PERMANENT INJUNCTION)**

87. Defendant repeats, re-allege and incorporate by reference in this paragraph the preceding responses to Paragraphs 1-86 of the Complaint and incorporate them by reference as though set forth fully herein.

88. Defendant denies the allegations of Paragraph 88 of the Complaint.

89. Defendant denies the allegations of Paragraph 89 of the Complaint.

90. Defendant denies the allegations of Paragraph 90 of the Complaint.

## **SEVENTH CLAIM FOR RELIEF**
## **(CAL. BUS. & PROF. CODE §17200**

91. Defendants repeat, re-allege and incorporate by reference in this paragraph the preceding responses to Paragraphs 1-90 of the Complaint and incorporate them by reference as though set forth fully herein.

92. Defendant admits the allegations of Paragraph 92 of the Complaint.

93. Defendant admits the allegations of Paragraph 93 of the Complaint.

94. Defendant denies the allegations of Paragraph 94 of the Complaint.

## AFFIRMATIVE DEFENSES

### FIRST DEFENSE

Plaintiffs' Complaint fails to state a claim upon which relief may be granted.

### SECOND DEFENSE

Plaintiffs have unreasonably delayed in bringing the claims set forth in the Complaint, despite admitting having knowledge of such facts, and Defendant has been prejudiced by this delay on the part of Plaintiffs so as to bar the claims for relief by Plaintiffs.

### THIRD DEFENSE

Plaintiffs, by their own conduct, has waived one or more of its claims alleged in the Defendant.

### FOURTH DEFENSE

The claims in the complaint are barred by the applicable statute of limitations in that Plaintiff alleges in the complaint that Defendant was infringing the trademark as early as 2011.

### FIFTH DEFENSE

Plaintiffs are estopped and barred from obtaining the relief requested in the Complaint. The Complaint and each and every claim contained therein are barred by reason of acts, omissions, representations and courses of conduct by Plaintiffs by which

Defendant was led to rely to its detriment, thereby barring relief under the doctrine of equitable estoppel under any cause of action asserted by Plaintiffs.

### SIXTH DEFENSE

Plaintiff acquiesced to Defendant's use of one or more of its alleged marks and is barred from bringing these claims.

### SEVENTH DEFENSE

Plaintiffs' alleged mark or marks have no legally recognizable secondary meaning.

### EIGHTH DEFENSE

Plaintiffs' claims are barred by the doctrine of unclean hands.

### NINTH DEFENSE

The conduct of Defendant or any conduct that could be attributed to Defendant has no likelihood of causing confusion to the general public or the consumers to whom Plaintiffs' products and/or services are marketed.

### TENTH DEFENSE

Plaintiffs have failed to mitigate their damages.

### ELEVENTH DEFENSE

Plaintiffs' conduct as it related to the subject matter of this action was and is equitable as to Defendant, and as such Plaintiffs are barred from any relief relating to the actions of Defendant under the doctrine of unclean hands.

### TWELFTH DEFENSE

Defendant is excused from any and all liability under the alleged claims for relief because at all material times Defendant acted in good faith and conducted all material transactions in good faith.

### THIRTEENTH DEFENSE

Plaintiff ratified the alleged actions, if any, of Defendant which occurred and are thereby barred from recovery.

**FOURTEENTH DEFENSE**

Plaintiff lacks standing to bring these claims against Defendant.

**FIFTEENTH DEFENSE**

Defendant's alleged use of one or more of Plaintiff's marks was in good faith and used in its/their primary, descriptive sense and not for use as a trademark.

**SIXTEENTH DEFENSE**

One or more of Plaintiff's marks are descriptive and, as such, fail to garner the protection they seek under the Lanham Act.

**SEVENTEENTH DEFENSE**

One or more third parties are responsible for all or part of Plaintiffs' damages.

**EIGHTEENTH DEFENSE**

Plaintiffs' fail to state a claim for violation of the California Business and Professions Code section 17200 et. seq. because it has not pleaded a valid "unlawful" act by Defendant.

**NINETEENTH DEFENSE**

Plaintiffs' claims are barred due to an express or implied license.

**TWENTIETH DEFENSE**

Plaintiffs' claims are unenforceable because one or more of its asserted trademark registrations are fraudulent, improper or invalid.

**TWENTY-FIRST DEFENSE**

Plaintiffs' claims are barred in whole or in part by reason of other parties' use of one or more of the marks at issue.

**TWENTY-SECOND DEFENSE**

Plaintiffs' loss, damage or injury, if any, was caused by the actions, inactions or omissions of non-parties.

### TWENTY-THIRD DEFENSE

Plaintiffs are seeking to recover damages that are completely speculative in nature.

### ADDITIONAL DEFENSES

Defendant reserves the right to assert additional defenses based on information learned or obtained through discovery or further investigation

### PRAYER FOR RELIEF

WHEREFORE, Defendant pray that this Court:

1. Enter judgment in their favor on each and every claim set forth in the Complaint;

2. Dismiss the Complaint with prejudice;

3. Award Defendants their costs and attorneys' fees in this action; and

4. Award such other and further relief as this Court may deem just and appropriate.

Dated: February 22, 2021                         Law Office of Larry Zerner

                                                 By: /Larry Zerner/
                                                 Larry Zerner
                                                 Attorney for Defendant Martin Navarro

<u>DEMAND FOR TRIAL BY JURY</u>

Defendant Martin Navarro pursuant to Rule 38 of the Federal Rules of Civil Procedure hereby demands trial by jury of all issues so triable in the present action.

Dated: February 22, 2021

Law Office of Larry Zerner

By: /Larry Zerner/
Larry Zerner
Attorney for Defendant Martin Navarro