1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGUSTIN RAMIREZ, ANTHONY RAMIREZ and AGUSTIN RAMIREZ, Jr.<br><br>Plaintiffs,<br><br>v.<br><br>MARTIN NAVARRO and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:20-cv-02408-FLA (SPx)<br><br>**ORDER EXTENDING TIME TO FILE MOTIONS [DKT. 34]** |

On April 1, 2022, the parties filed the subject Joint Stipulation ("Stipulation"), requesting the court extend the motion hearing deadline from April 1, 2022 to June 3, 2022.  Dkt. 34.  The parties state Plaintiff Agustin Ramirez ("Plaintiff") was severely injured on December 3, 2021, and was subsequently unable to sit for his deposition in time for the parties to file motions for summary judgment or partial summary judgment within the current pretrial deadlines.  *Id.* at 1-2.  The parties previously provided specific facts regarding Plaintiff's injuries in a prior stipulation dated December 28, 2021.  Dkt. 28.

Having considered the Stipulation and finding good cause therefor, the court GRANTS the Stipulation and CONTINUES pretrial and trial dates and deadlines as follows:

- The motion <u>hearing</u> deadline is continued from April 1, 2022 to June 3, 2022.
- The Final Pretrial Conference is continued from July 1, 2022 at 3:00 p.m. to September 9, 2022 at 1:00 p.m.
- The Jury Trial is continued from July 12, 2022 at 8:30 a.m. to September 27, 2022 at 8:30 a.m.
- The first round of trial filings shall be filed on or before August 12, 2022.
- The second round of trial filings shall be filed on or before August 26, 2022
- All remaining pretrial deadlines remain unchanged.

IT IS SO ORDERED.

Dated: April 13, 2022

FERNANDO L. AENLLE-ROCHA
United States District Court