UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:20-cv-02408-SP | Date | September 6, 2022 |
|---|---|---|---|
| Title | Agustin Ramirez, et al. v. Martin Navarro, et al., | | |

| Present: The Honorable | SHERI PYM, United States Magistrate Judge |
|---|---|

| Kimberly I. Carter | RS-CS-3 09/06/2022 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| A. Eric Bjorgum | Lawrence J. Zerner |

**Proceedings:**   STATUS CONFERENCE

    The court and counsel conferred regarding the case. The court continues the hearing on the pending Motion for Summary Judgment (docket no. 68) from September 23, 2022 to **Tuesday, October 25, 2022 at 10:00 a.m.** by Zoom. The court will review the Civil Trial Order filed on August 17, 2022 and issue a Scheduling Order re-setting certain dates.

|  | 00 | : | 34 |
|---|---|---|---|
| Initials of Preparer | KC | | |