**ERIC BJORGUM (State Bar No. 198392)**
Eric.bjorgum@kb-ip.com
KARISH & BJORGUM PC
119 E. Union Street, Suite B
Pasadena, CA 91103
Telephone:  (213) 785-8070
Facsimile:   (213) 955-5010

Attorneys for Plaintiffs
Agustin Ramirez, Anthony Ramirez
and Agustin Ramirez, Jr.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AGUSTIN RAMIREZ, ANTHONY RAMIREZ and AGUSTIN RAMIREZ, JR.<br><br>Plaintiffs,<br><br>vs.<br><br>MARTIN NAVARRO, DOES 1-10, inclusive,<br><br>Defendants. | 5:20-cv-02408--SP<br><br>**STATEMENT OF DEATH OF PLALINTIFF AGUSTIN RAMIREZ PURSUANT TO FED.R.CIV.P. 25(a)**<br><br>Judge: Hon. Sheri Pym<br>Courtroom: 3 – Riverside Courthouse |

1
STATEMENT OF DEATH

TO THE HONORABLE JUDGES AND CLERK OF THIS COURT:

Pursuant to Federal Rule of Civil Procedure 25(a), and with great remorse, Counsel for Plaintiff Agustin Ramirez, Sr., hereby informs the Court and all parties that Agustin Ramirez, Sr. (the lead singer and constant face of the group Los Caminantes), passed away on October 26, 2022. Mr. Ramirez had been seriously ill recently, and his family (including the other two Plaintiffs here Agustin Ramirez, Jr. and Anthony Ramirez) have been spending almost all of their time in the last few weeks taking care of him.

Plaintiff's Counsel believes that Mr. Ramirez had a family trust, with this wife Cecelia Ramirez as his co-trustee, but he details of the trust and whether the rights at issue here were subject to the terms of the trust are unclear at this time. Mr. Ramirez has been deceased just two days, so Plaintiff's Counsel has not verified the legal structure of Mr. Ramirez's estate, nor does he wish to bother the grieving family.

If necessary, Plaintiffs will make a motion in accordance with FRCP 25(a) to substitute in the appropriate party for this case to move forward. Though devastated by their loss, Plaintiffs Anthony Ramirez and Agustin Ramirez, Jr. (members of the band who co-owned the LOS CAMNANTES trademark with their father) will press on in the case to stop further infringement and dilution of their father's legacy as the famed singer for Los Caminantes.

They would request a short continuance of two weeks for hearing the pending motions for summary judgment, so that any party and standing issues can be worked out. However, if necessary, they will file an Opposition to Defendant's motion this Tuesday, November 1, 2022, and request that any changes to the parties before the ruling on the motion be retroactive to the filing dates of these motions.

The issues in these motions are important and have been pending sometime. There are two other cases pending in this District due to copycat bands that have

proliferated, and it appears that one major impediment to stopping this activity is the pendency of the laches issue that is central to this case.

Dated:  October 28, 2022        Respectfully submitted,

By: */s/ A. Eric Bjorgum*
A. Eric Bjorgum
KARISH & BJORGUM PC
Attorneys for Plaintiffs
Agustin Ramirez, Anthony Ramirez
and Agustin Ramirez, Jr.