UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV20-02408-SP | Date | December 8, 2022 |
|---|---|---|---|
| Title | Agustin Ramirez, et al., v. Martin Navarro, et al., | | |

| Present: The Honorable | SHERI PYM, United States Magistrate Judge |
|---|---|

| Rachel Maurice for Kimberly I. Carter | R/S C/S 3 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Eric Bjorgum | Larry Zerner |

**Proceedings:** HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [68] AND PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT [86]

A video hearing was held on the above entitled motions. The case was called and counsel made their appearances. The court heard argument from counsel.

The court took the motions under submission. The court will issue a separate order detailing the court's ruling on the motions.

|  | 00 | : | 37 |
|---|---|---|---|
| Initials of Preparer | RAM | | |