JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AGUSTIN RAMIREZ, et al., | ) | Case No. 5:20-cv-02408-SP |
| Plaintiffs, | ) | |
| v. | ) | **JUDGMENT** |
| MARTIN NAVARRO, et al., | ) | |
| Defendants. | ) | |

Pursuant to the Memorandum Opinion and Order on Motions for Summary Judgment, IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: January 5, 2023

_____
SHERI PYM
United States Magistrate Judge